NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**B. BRAUN MELSUNGEN AG** AND
**B. BRAUN MEDICAL INC.,**
*Plaintiffs-Cross Appellants,*

v.

**TERUMO MEDICAL CORPORATION**
AND **TERUMO CORPORATION,**
*Defendants-Appellants.*

---

2011-1400, -1428

---

Appeals from the United States District Court for the District of Delaware in case no. 09-CV-0347, Judge Leonard P. Stark.

---

## ON MOTION

---

## O R D E R

B. Braun Melsungen AG and B. Braun Medical Inc. (Braun) move for a 28-day extension of time, until October 6, 2011, to file its principal and response brief. Terumo Medical Corporation and Terumo Corporation oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated by Braun.

FOR THE COURT

**AUG 1 1 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Edward C. Donovan, Esq.
Mathias W. Samuel, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 1 2011**

**JAN HORBALY**
**CLERK**